IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HAMZA ALKASHIF,

        Petitioner,

v.                                                                                                  4:08cv294-WS

MICHAEL B. MUKASEY, et al.,

        Respondents.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        Before the court is the magistrate judge's report and recommendation docketed July 29, 2008.  See Doc. 13.  The magistrate judge recommends that the respondents' motion to dismiss the petitioner's petition for writ of habeas corpus (doc. 1) be granted.  No objections have been filed.

        Having considered the record, this court has determined that the recommendation should be adopted.

        Accordingly, it is ORDERED:

        1.  The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference in this order of the court.

2. The respondents' motion to dismiss (doc. 12) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

4. The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   6th   day of   August  , 2008.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE